JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CECIL DOUGLASS CARR,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE MCDONALD, Warden,<br><br>    Respondent. | Case No. CV 11-3542-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 9, 2011

_____
Christina A. Snyder
United States District Judge